IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERIKA M. RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the parties,

IT IS ORDERED that the defendant's Rule 35 hearing is continued to Friday, November 2, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. The defendant is held to have waived her right to be present.

September 26, 2007.        BY THE COURT:

                  s/ *Richard G. Kopf*
                  United States District Judge